

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-4-2004

# USA v. Austin

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3308

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Austin" (2004). *2004 Decisions.* Paper 1028.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1028

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 02-3308

_____

UNITED STATES OF AMERICA

vs.

JAMES AUSTIN

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(D.C. Criminal No. 01-cr-00130-1)
District Judge:  The Honorable Petrese B. Tucker

_____

Submitted Under Third Circuit LAR 34.1(a)
January 26, 2004

BEFORE: NYGAARD, FUENTES, and STAPLETON, Circuit Judges.

(Filed:  February 4, 2004)

_____

OPINION OF THE COURT
_____

NYGAARD, <u>Circuit</u> <u>Judge</u>.

Appellant James Austin pleaded guilty to seven counts related to trafficking in crack cocaine. The District Court sentenced the Appellant to ninety-seven months imprisonment. Austin filed a notice of appeal, *pro se*, and his appointed counsel, Jeremy C. Gelb, Esq., filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel indicated that there are no non-frivolous issues for appeal.

We have carefully reviewed the Appellant's brief, along with the responsive brief of the United States and other matters of record. Austin did not file a *pro se* brief. We conclude, after our own review of the entire record, that the District Court did not err. Accordingly, the judgment of the District Court will be affirmed.

The motion of defense counsel to withdraw will be granted.


_____


TO THE CLERK:

Please file the foregoing opinion.


/s/ Richard L. Nygaard

_____
Circuit Judge

1